IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        Chapter 13

Janice M Griffin                          No.  07-15720

        Debtor                           Hon.  Eugene R. Wedoff

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

     Select Portfolio Servicing, Inc., files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

The Debtor is due for the October 1, 2007 post petition mortgage payment and is in default in the amount of 47 payments @ $371.45 each for a total default of $17,458.15 plus $75.00 fees for this notice.

     The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

     To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

                                                        Submitted by:

                                                     _____/s/ Susan J. Notarius_____
                                       Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679